IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALICIA BERGA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 1:19-cv-138-TFM-MU |
| FOLEY HOSPITAL CORPORATION, d/b/a South Baldwin Regional Medical Center, *et al*. | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Pending before the court is an *Agreed Order of Dismissal with Prejudice* (Doc. 29, filed 2/24/20). The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). The stipulation, while styled as a proposed Order of the Court, was filed by the plaintiff and is signed by both sides. Consequently, by operation of Rule 41, this action has been dismissed in accordance with the joint notice. Therefore, this case is dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE and ORDERED** this 26th day of February 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE